FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:26CR00489 |
| | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| JOSEPH WHITE, | ) | |
| Defendant. | ) | JUDGE POLSTER |

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 27, 2026, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH WHITE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Assault and Discharging a Firearm into a Prohibited Area, in the Summit County Court of Common Pleas, Case Number CR-2020-02-0575, on or about August 5, 2020, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus model GX2, 9mm caliber semiautomatic pistol bearing serial number AGN694986, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant JOSEPH WHITE shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1; including, but not limited to, the following: a Taurus model GX2, 9mm caliber semiautomatic pistol bearing serial number AGN694986, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.